STATE of Missouri, Respondent,

v.

Gary R. CLUCK, Appellant.

No. WD 74326.

Missouri Court of Appeals,
Western District.

April 23, 2013.

Margaret Johnston, Columbia, MO, for Appellant.

Jennifer Wideman, Jefferson City, MO, for Respondent.

Before: KAREN KING MITCHELL, P.J., THOMAS H. NEWTON, and LISA WHITE HARDWICK, JJ.

### ORDER

PER CURIAM:

Mr. Gary R. Cluck appeals a conviction for driving while intoxicated (DWI), section 577.010. He challenges the sufficiency of the evidence for the conviction.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

■

Jawanza T. BROWN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74742.

Missouri Court of Appeals,
Western District.

April 23, 2013.

Frederick Ernst, for appellant.

Daniel N. McPherson, Jefferson City, for respondent.

Before Division Three: CYNTHIA L. MARTIN, Presiding Judge, JOSEPH M. ELLIS, Judge and GARY D. WITT, Judge.

### ORDER

PER CURIAM:

Jawanza Brown appeals from the denial of his Rule 29.15 motion for post-conviction relief following an evidentiary hearing. After a thorough review of the record, we conclude that the judgment is based on findings of fact that are not clearly erroneous and that no error of law appears. A formal, published opinion would serve no jurisprudential purpose; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. **Rule 84.16(b).**